AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) |
|---|---|
| v. | ) |
| TODD SAMUEL MATTOX | ) Case No. |
|  | ) 1:25-mj-00188 |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 28, March 6, and March 18, 2025 in the county of Ingham in the Western District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | distribution of 50 grams or more of a mixture or substance containing methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

Dustin Hurt, ATF Special Agent
*Printed name and title*

Date: 4/4/25

*Judge's signature*

City and state: Grand Rapids, Michigan   Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*